UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of the TextNow account with the name "ksvara45" and registered email address "htc61878@cuoly.com" | Case No. 22-MJ-8032-PGL |
| In the Matter of the Search of the Google account associated with ksvara45@gmail.com and with Google ID 488555161253 | Case No. 24-mj-8105-PGL |
| In the Matter of the Search of the Google Account associated with the email address kstealers45@gmail.com, with Google ID 514777724868 | Case No. 24-mj-8106-PGL |
| In the Matter of the Search of the Google Account associated with the email address kjsvara2@illinois.edu, with Google ID 839470068194 | Case No. 24-mj-8107-PGL |
| In the Matter of the Search of the Google Account associated with the email address camj1976000@gmail.com, with Google ID 520721054490 | Case No. 24-mj-8108-PGL |
| In the Matter of the Search of the Google Account associated with the email address camj19760000@gmail.com, with Google ID 338238604737 | Case No. 24-mj-8109-PGL |

<table>
<tr><td>In the Matter of the Search of Google Account associated with the email address camj197600000@gmail.com, with Google ID 508007541670</td><td>Case No. 24-mj-8110-PGL</td></tr>
<tr><td>In the Matter of the Search of the Google Account associated with the email address camj1976000000@gmail.com, with Google ID 731198875984</td><td>Case No. 24-mj-8111-PGL</td></tr>
<tr><td>In the Matter of the search of the Yahoo Account associated with the email address kstealers45@yahoo.com</td><td>Case No. 24-mj-8112-PGL</td></tr>
<tr><td>In the Matter of the Search of the Apple Account associated with the email address ksvara45@icloud.com and the DSID 11768045288</td><td>Case No. 24-mj-8113-PGL</td></tr>
</table>

## MOTION TO UNSEAL

The United States of America respectfully requests that these matters be unsealed, including the Applications for a Search Warrant, Affidavits in Support, Search Warrants, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above-captioned cases.

The government respectfully requests that the Search Warrants and all corresponding docket entries in the above-captioned cases be unsealed on the grounds that the investigation is no

longer covert and the initial justifications for sealing the documents and docket entries no longer apply.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: _____
Meghan C. Cleary
Assistant U.S. Attorney
Dated: September 17, 2024

SO ORDERED.

_____
Hon. Paul G. Levenson
United States Magistrate Judge

3